The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUMBERTO LOPEZ RODGUEZ <br> and <br> CARLOS CARRILLO LOPEZ, <br><br> Defendants. | NO. MJ 20-020 BAT <br><br> [PROPOSED] ORDER TO EXTEND TIME TO OBTAIN AN INDICTMENT |

This Court having considered the Motion of the United States and General Order 01-20 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that based the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendants Humberto Lopez Rodriguez and Carlos Carrillo Lopez in this matter is hereby extended to April 30, 2020.

DATED this 30th day of March, 2020.

*/s/ Brian A. Tsuchida*
BRIAN A. TSUCHIDA

*Michelle L. Peterson*

Presented by:
/s/Michael J. Lang
MICHAEL LANG
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT- 1