THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | ORDER |
| v. | |
| CARLOS CARRILLO LOPEZ and HUMBERTO LOPEZ RODRIGUEZ, | |
| Defendants. | |

This matter comes before the Court on the Government's motion for entry of a protective order restraining forfeitable property (Dkt. No. 78). Claims have been made by third parties and by Defendant Humberto Lopez Rodriguez to the property. (Dkt. No. 78 at 3.) The Government therefore seeks to maintain custody of the property pending resolution of this case. (*Id.*) Defendants have not opposed the Government's motion.

Having reviewed the Government's motion (Dkt. No. 78), attachment thereto (Dkt. No. 78, Ex. A), and the Bill of Particulars Regarding Forfeiture of Property (Dkt. No. 77), the Court FINDS:

The property to which this order applies ("the Subject Property") is as follows:

1. $10,719 in U.S. Currency, seized on or about January 16, 2020 from Defendant Carlos Carrillo Lopez's residence in Renton, Washington:
   a. $2,410 in U.S. Currency from two locations in Defendant Carrillo Lopez's bedroom; and

      b. $8,309 in U.S. Currency from another room in Defendant Carrillo Lopez's residence; and

2. $61,072 in U.S. Currency, seized on or about January 16, 2020, from Defendant Humberto Lopez Rodriguez's residence in Federal Way, Washington:
   a. $60,989 in U.S. Currency from eight locations in Defendant Lopez Rodriguez's residence; and
   b. $83 in U.S. Currency located in a 2018 Toyota Camry, VIN 4T1B11HK0JU507326, parked at Defendant Lopez Rodriguez's residence.

The Subject Property represents property that has been named as subject to forfeiture pursuant to 21 U.S.C. § 853 in the Government's Bill of Particulars Regarding Forfeiture of Property (Dkt. No. 77). The Subject Property is currently in the custody of the United States Marshals Service. The affidavit of FBI Task Force Officer Edward Chan (Dkt. No. 78, Ex. A) demonstrates the necessary probable cause that the Subject Property is subject to forfeiture. Accordingly, the Government is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A).

It is therefore ORDERED that**:**

1. The Government's application for a protective order is GRANTED.

2. The Property shall remain in the custody of the United States Marshals Service pending conclusion of the criminal forfeiture proceedings and further order of this Court.

3. The Clerk is respectfully DIRECTED to send copies of this Order to counsel for all parties of record.

DATED this 2nd day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE