THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO-LOPEZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Carlos Carillo-Lopez's unopposed motion for an extension of time (Dkt. No. 96) to file reply briefs in support of Defendant's motions (Dkt. Nos. 88, 90). The Court, finding good cause, hereby GRANTS Defendant's motion (Dkt. No. 96) and ORDERS that the deadline for Defendant to file reply briefs is extended to March 26, 2021.

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0107-JCC
PAGE - 1