THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO-LOPEZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In early March 2021, the Court granted Defendant Carlos Carrillo-Lopez's unopposed motion for an extension of time (Dkt. No. 96) to file reply briefs in support of Defendant's motions (Dkt. Nos. 88, 90). (Dkt. No. 98.) Pursuant to that order, Defendant's reply briefs are due on March 26, 2021. (*Id.*) On March 22, 2021, Defendant indicated by memorandum that he was asking the Court to further extend the time to file reply briefs but did not specify a desired noting date. (Dkt. No. 99 at 1.) In light of the Court's ruling continuing trial to August 23, 2021 and the pretrial motions deadline to July 19, 2021, Defendant is directed to confer with the parties on whether to withdraw the pending motions or renote them to a particular date certain by stipulation or motion.

1    DATED this 25th day of March 2021.

                                                      William M. McCool
                                                      Clerk of Court

                                                      s/Paula McNabb
                                                      Deputy Clerk