THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO LOPEZ RODRIGUEZ and<br>CARLOS CARRILLO-LOPEZ,<br><br>    Defendants. | CASE NO. CR20-0107-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government and Defendant Carlos Carrillo-Lopez's stipulation to renote Defendant's motions (Dkt. No. 102). The parties stipulate that Defendant's motion to suppress physical evidence (Dkt. No. 88) and motion for *Franks* hearing (Dkt. No. 90) should be renoted for July 19, 2021. Having considered the stipulation and relevant record, the Court DIRECTS the Clerk to renote Docket Numbers 88 and 90 for July 19, 2021.

DATED this 26th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0107-JCC
PAGE - 1