THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUMBERTO LOPEZ RODRIGUEZ and<br>CARLOS CARRILLO-LOPEZ,<br><br>　　　　　　Defendants. | CASE NO. CR20-0107-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motions to seal (Dkt. Nos. 89, 91, 93). Defendant Carlos Carrillo-Lopez moves to seal his motion for a *Franks* hearing (Dkt. No. 90) and the Government moves to seal its response (Dkt. No. 94) to Defendant's motion for a *Franks* hearing and its response (Dkt. No. 92) to Defendant's motion to suppress physical evidence. The filings at issue contain sensitive information relating to an ongoing investigation. The Court finds that the need to maintain the confidentiality of such information is a compelling reason that outweighs the public's interest in disclosure. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017); *Oregonian Publ'g Co. v. U.S. Dist. Ct. for Dist. of Or.*, 920 F.2d 1462, 1466 (9th Cir. 1990). Accordingly, the Court GRANTS the motions (Dkt. Nos. 89, 91, 93) and DIRECTS the

1. Clerk to maintain Docket Numbers 90, 92, and 94 under seal until further order of the Court.

2. DATED this 8th day of April 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk