THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO LOPEZ,<br><br>Defendants. | CASE NO. CR20-0107-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Humberto Lopez Rodriguez's motion to strike the pretrial motions deadline (Dkt. No. 129). Having thoroughly considered the motion and relevant record, and finding good cause, the Court hereby GRANTS the motion in part and CONTINUES the pretrial motions deadline to August 4, 2021.

DATED this 22nd day of July 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER
CR20-0107-JCC
PAGE - 1