THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO-LOPEZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On August 10, 2021, the Court granted the parties' joint motion to continue trial and the pretrial motions deadline. (Dkt. No. 137.) In light of the continuance, the Court DIRECTS the Clerk to re-note Defendant Carlos Carrillo-Lopez's pending motions (Dkt. Nos. 88, 90) for November 12, 2021.[1]

//
//
//
//

---

[1] This order is not intended to prevent the parties from stipulating to or requesting an earlier noting date.

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

1. DATED this 25th day of August 2021.

                                                  Ravi Subramanian
                                                  Clerk of Court

                                                  s/Sandra Rawski
                                                  Deputy Clerk