THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO-LOPEZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 23, 2021, the Court granted Defendant Lopez's unopposed motion to continue trial and the pretrial motions deadline. (Dkt. No. 148.) In light of the continuance, the Court DIRECTS the Clerk to re-note Defendant Carlos Carrillo-Lopez's pending motions (Dkt. Nos. 88, 90) for January 31, 2022.[1]

As the pretrial deadline motions has moved from November 1, 2021 to February 28, 2022, the Court also DENIES AS MOOT Defendant Lopez's motion to continue the November 1, 2021, filing deadline as it relates to a potential severance motion (Dkt. No. 139).

//

---

[1] This order is not intended to prevent the parties from stipulating to or requesting an earlier noting date.

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

DATED this 30th day of December 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk