THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ and CARLOS CARRILLO LOPEZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Humberto Lopez Rodriguez's unopposed motion to extend the pretrial motion filing deadline by one week (Dkt. No. 153). Defendants Lopez Rodriguez and Carrillo Lopez are charged by indictment with drug and firearms-related crimes. (Dkt. No. 65.) The current deadline was February 28, 2022. (Dkt. No. 148.) Defendant Lopez Rodriguez requests additional time to file such motions, given the recent change to the no-contact bond condition between co-defendants and to avoid unnecessary filings. (*See* Dkt. No. 153, 154.)

Accordingly, the Court hereby GRANTS the motion (Dkt. No. 153). The pretrial motions deadline is extended to March 7, 2022.

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

1  DATED this 1st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk