THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CARLOS CARRILLO LOPEZ, | |
| Defendant. | |

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17    This matter comes before the Court on Carlos Carrillo Lopez's motion for specific

18  performance of the accepted plea agreement (Dkt. No. 160). According to Mr. Carrillo Lopez's

19  motion, the Government unilaterally changed certain terms of his already accepted plea agreement

20  and those changes are to his detriment. (*See* Dkt. No. 160 at 4–6.) He now seeks specific

21  performance from the Government, based on the original terms. (*Id.* at 9–10.) In light of the

22  imminent trial date in this matter, (*see* Dkt. No. 148), the Court ORDERS the parties to attend a

23  March 25, 2022 status conference at 9:00 A.M. in Courtroom 16206. Mr. Carrillo Lopez's

24  codefendant, Humberto Lopez Rodriguez, need not attend this conference.

25  //

26  //

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

1          DATED this 18th day of March 2022.

2                                                      Ravi Subramanian
                                                       Clerk of Court
3
                                                       s/Sandra Rawski
4                                                      Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR20-0107-JCC
PAGE - 2